IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 15 |
| Afren plc, | ) Case No. 15-11452 (KG) |
| Debtor in a Foreign Proceeding. | ) **Related to Docket No. 6** |

### ORDER PURSUANT TO RULES 2002(m) AND (q) AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) SCHEDULING RECOGNITION HEARING AND (II) SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE

Upon the motion, dated July 2, 2015 (the "**Motion**")[1] of Anne Vallely, in her capacity as the duly-appointed foreign representative (the "**Petitioner**") of Afren plc ("**Afren**," or the "**Debtor**") in the UK Proceeding for entry of an order, pursuant to Rules 2002(m) and (q) and 9007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), (i) scheduling a hearing on the relief sought in the Verified Petition for Recognition of Foreign Main Proceeding Supplementing "Voluntary Petition" [Docket No. 1] and Motion for Related Relief (the "**Petition**") [Docket No. 2], and (ii) specifying the form and manner of service of notice thereof, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding; and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having considered and reviewed the Motion; and after due deliberation and sufficient cause

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Motion.

appearing therefor, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the form of Notice substantially in the form annexed to the Motion is approved; and it is further

ORDERED that the notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of this Chapter 15 Case or are waived; and it is further

ORDERED that copies of the Notice Documents shall be served by first-class mail, postage prepaid, upon the Chapter 15 Notice Parties no later than July 6, 2015; and it is further

ORDERED that the Notice shall be published once in the *The Wall Street Journal (National Edition)* no later than July 10, 2015; and it is further

ORDERED that any responses or objections to the Petition and the relief requested therein must be in writing, shall conform to the Bankruptcy Rules and the Local Rules, and shall be filed with the Office of the Clerk of the Court, 824 N. Market Street, 5th Floor, Wilmington, DE 19801, and served upon (i) White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036-2787 (Attn: Richard A. Graham, Esq.) and Fox Rothschild LLP, 919 North Market Street, Suite 300, P.O. Box 2323, Wilmington, DE 19899-2323 (Attn: Jeffrey M. Schlerf, Esq.), attorneys for the Petitioner, (ii) the Office of the United States Trustee for the District of Delaware, (iii) Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178-0002 (Attn: Benjamin D. Feder, Esq.), attorneys for the Existing Notes Trustee, (iv) Akin Gump, One Bryant Park, Bank of America Tower, New York, NY 10036-6745 (Attn: Meredith A. Lahaie, Esq.), attorneys for the Ad Hoc Committee, and (v) the Information Agent, so as to be received no later than July 27, 2015 at 4:00 p.m. (Eastern Time); and it is further

ORDERED that service of the Notice Documents and publication of the Notice in the form and manner provided herein shall constitute good and sufficient notice of the commencement of the Chapter 15 Case and the Recognition Hearing Date, and no other or further notice thereof shall be required; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: Wilmington, Delaware
      July 6, 2015

                                                          *Kevin Gross*
                                        UNITED STATES BANKRUPTCY JUDGE